```
- - - - - - - - - - - - - - - - - - - - -:
MERCER CAPITAL, LTD.,                     :
                                          : 08 Civ. 5763 (LTS) (JCF)
                    Plaintiff,            :
                                          :        O R D E R
          - against -                     :
                                          :
U.S. DRY CLEANING CORPORATION,            :
                                          :
                    Defendant.            :
- - - - - - - - - - - - - - - - - - - - -:
U.S. DRY CLEANING CORPORATION,            :
                                          :
          Counter-Claim Plaintiff,        :
                                          :
          - against -                     :
                                          :
MERCER CAPITAL, LTD.,                     :
                                          :
          Counter-Claim Defendant.        :
- - - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on February 18, 2010, it is hereby ORDERED as follows:

1. Robert Lee shall appear for deposition in New York on a date agreed upon by counsel on or before March 5, 2010.

2. By February 23, 2010, defendant shall supplement its Rule 26(a) disclosure by providing a summary of the relevant information known to Mr. Wunderlich, Dr. Smith, and Mr. Henson.

3. The depositions of Mr. Wunderlich, Dr. Smith, and Mr. Henson shall be completed by March 10, 2010.

4. Except as set forth above, all fact discovery shall be completed by February 26, 2010.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           February 22, 2010

Copies mailed this date:

Michael A. Kaufman, Esq.
Michael A. Kaufman, P.A.
220 East 60th Street, Suite 6M
New York, New York 10022

Michael J. Feldman, Esq.
Evan S. Cowit, Esq.
OlenderFeldman LLP
2840 Morris Avenue
Union, New Jersey 07083